IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE LOUIE,

     Plaintiff,          No. 2:12-cv-1165 MCE CKD

   vs.

TONY INGOGLIA SALAMI CHEESE COMPANY, INC., et al.,

     Defendants.      ORDER

_____/

     This matter was initially referred to the undersigned for pretrial management because plaintiff was proceeding pro se. Because plaintiff is now represented by counsel, pretrial matters, other than discovery motions, should now be noticed before the District Judge assigned to this action. The magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

     Accordingly, IT IS HEREBY ORDERED that:

     1. This matter is referred back to the District Judge assigned to this action.

     2. All dates pending before the undersigned are vacated; and

/////

/////

1

3.  Henceforth the caption on documents filed in this action shall be No. 2:12-cv-1165 MCE CKD.

Dated: June 5, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

louie-ingoglia.ref