KEITH D. CABLE (SBN 170055)
**CABLE GALLAGHER**
101 Parkshore Drive, Suite 100
Folsom, CA  95630
Telephone:  (916) 608-7995
Facsimile:   (916) 608-7986

Attorneys for Plaintiff
GEORGE S. LOUIE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE S. LOUIE,<br><br>    Plaintiff,<br><br>v.<br><br>TONY INGOGLIA SALAMI CHEESE COMPANY, INC., dba TONY'S FINE FOODS, et al.,<br><br>    Defendants. | Case No. 2:12-CV-01165-MCE-CKD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON**<br><br>**[FRCP 41(a)(1)(ii)]** |

The parties hereto, by their undersigned counsel, hereby stipulate pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure that this matter shall be and hereby is dismissed with prejudice, each party to bear its own attorney's fees and costs.

Dated: August 29, 2012    By: */s/ Keith D. Cable, Esq.*
                  KEITH D. CABLE, ESQ.
                  Attorney for Plaintiff


Dated: August 29, 2012    By: */s/ Barbara A. Cotter, Esq.*
                  BARBARA A. COTTER, ESQ.
                  Attorney for Defendant

**ORDER**

IT IS HEREBY ORDERED that Plaintiff's Complaint is hereby dismissed with prejudice, with each party to bear their own attorney's fees and costs. The Clerk of the Court is directed to close this case.

Dated: September 4, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE